IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR263-MEF |
| | ) | |
| JEANETTE CLARK | ) | |

**ORDER**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 30), it is

ORDERED that the motion is GRANTED. The pretrial conference presently scheduled for 3:00 p.m. on Monday, December 18, 2006 is hereby continued to 3:00 p.m. on Thursday, December 21, 2006.[1]

Done, this 15th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] By this order, the court does not change the deadline for pretrial motions.