**COURTROOM DEPUTY'S MINUTES**                    **DATE: December 21, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:09 - 3:13**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:2:06cr263-MEF**            **DEFENDANT(S) Jeanette Clark**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | *   Tiffany McCord | |
| Stephen Feaga | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
      **Completed**


❒ **PENDING MOTION STATUS:**



❒ **PLEA STATUS:**
      **Notice of intent to change plea to be filed on or before noon on February 28, 2006**


❒ **TRIAL STATUS**
      **Trial time - 2 days**


❒ **REMARKS:**
      **Counsel state that after accepted proffer this defendant may be dismissed from case**
      **and there will be no prosecution of this defendant**

      **Tiffany McCord states she had not had any issues with difficulty in contacting defendant**