IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-263-MEF |
| | ) | |
| JEANETTE CLARK | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed in the above styled cause to Jeanette Clark, on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 5th day of March, 2007.

                              Respectfully submitted,

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ Stephen P. Feaga, Sr.
                              STEPHEN P. FEAGA, SR.
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone: (334) 223-7280
                              Fax: (334) 223-7135
                              steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-263-MEF |
| | ) | |
| JEANETTE CLARK | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tiffany McCord.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-263-MEF |
| | ) |
| JEANETTE CLARK | ) |

O R D E R

     Upon consideration of the Motion for Leave to Dismiss the Indictment as to Jeanette Clark, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

     DONE this ____ day of March, 2007.

                                                 MARK E. FULLER
                                                 UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

     Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Jeanette Clark.

                                                 Respectfully submitted,

                                                 LEURA GARRETT CANARY
                                                 UNITED STATES ATTORNEY

                                                 /s/ Stephen P. Feaga, Sr.
                                                 STEPHEN P. FEAGA, SR.
                                                 Assistant United States Attorney
                                                 One Court Square, Suite 201
                                                 Montgomery, Alabama 36104
                                                 Telephone: (334) 223-7280
                                                 Fax: (334) 223-7135
                                                 steve.feaga@usdoj.gov