IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-263-MEF |
| | ) | |
| JEANETTE CLARK | ) | |

## **O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Jeanette Clark (Doc. #59) filed on March 5, 2007, the court is of the opinion that the motion should be granted. It is, therefore,

ORDERED that the motion is GRANTED and the indictment against Jeanette Clark is dismissed.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE